IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALONZO HODGES,

    Plaintiff,　　　　　　　　　　　　　　　　05cv1728

v.　　　　　　　　　　　　　　　　　　　　**ELECTRONICALLY FILED**

WARDEN HARRY E. WILSON,

    Defendant.

## Order of Court

And now, this 14th day of November, 2006, in light of the receipt of the plaintiff's objections to the Report and Recommendation (doc. no. 27), this Court hereby vacates its Order adopting the Report and Recommendation as the Opinion of the Court (doc. no. 30).

SO ORDERED this 14th day of November, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:　All counsel of record

Alonzo Hodges
DA-2951
SCI Fayette
P.O.Box 9999
LaBelle, PA 15450-0999
**PRO SE PLAINTIFF**